

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2022

No. 04-22-00421-CR

Aaron **POUCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19622-1
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The trial court's certification attached to Appellant's notice of appeal stated that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Therefore, we ordered Appellant to file an amended trial court certification showing Appellant has the right of appeal. On July 22, 2022, the district clerk filed a supplemental clerk's record containing an amended certification.

The appellate deadlines are hereby reinstated.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court